UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – RONALD REAGAN FEDERAL BUILDING

| | |
|---|---|
| CHARLES HESKETH and SAMANTHA HESKETH fka SAMANTHA DUNN, on behalf of themselves and members of the general public,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FIFTH THIRD BANK, an Ohio corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No.:  8:19-cv-01227-DOC-ADS<br><br>Hon. Judge David O. Carter<br>Hon. Mag. Judge Autumn D. Spaeth<br><br>**ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [16]**<br><br>Compl. Filed:         May 16, 2019<br>Removal Date:      June 19, 2019<br>Current Deadline:  September 25, 2019<br>**New Deadline:      October 25, 2019** |

# ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation to Further Extend Deadline to Respond to Complaint to **October 25, 2019**, made by and between Plaintiffs Charles Hesketh and Samantha Hesketh fka Samantha Dunn ("Plaintiffs") and Defendant Fifth Third Bank ("FTB") (Plaintiffs and Defendant collectively referred to as the "Parties"), and for good cause shown:

FTB's time to respond to the Initial Complaint is extended to **October 25, 2019**, because the Parties have made significant progress in their discussions towards a settlement of this entire action, and the Parties require additional time to finalize the settlement.

DATED: September 25, 2019

*David O. Carter*
Honorable David O. Carter
United States District Court Judge